**-FILED-**
MAY 16 2024
At_____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**2:24CR 43**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| NICOLE LOYA, aka | ) | |
| NICOLE ALVAREZ, aka | ) | |
| NICOLE FOSTER | ) | |

## INDICTMENT

On or about the following dates, in the Northern District of Indiana,

**NICOLE LOYA**,

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made false and fictitious statements to the dealer (FFL), which statements were intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of such firearms, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on or about the following dates, that she was the actual transferee/buyer of the firearm(s) listed on the form, whereas in truth and in fact, she well knew that she was not the actual transferee/buyer of the firearm(s) listed on the form, all in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Firearm Dealer |
|---|---|---|
| 1 | June 6, 2020 | FFL 1 |
| 2 | June 16, 2020 | FFL 1 |
| 3 | June 16, 2020 | FFL 2 |

**THE GRAND FURTHER JURY CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**NICOLE LOYA,**

defendant herein, knowingly made false statements and representations to the following firearms dealers (FFL), who are licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on or about the following dates, to the effect that she was the actual transferee/buyer of the firearm(s) listed on the form, whereas in truth and in fact, she well knew that she was not the actual transferee/buyer of the firearm(s) listed on the form, all in violation of

Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date | Firearm Dealer |
|---|---|---|
| 4 | June 6, 2020 | FFL 1 |
| 5 | June 16, 2020 | FFL 1 |
| 6 | June 16, 2020 | FFL 2 |

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: */s/ Kimberly L. Schultz*
Kimberly L. Schultz
Assistant United States Attorney

4